**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    Edward Moers and Daniel Moers v. Harris County Appraisal District, Chief Appraiser of Harris County Appraisal, Jim Robinson, and Harris County Appraisal Review Board

Appellate case number:    01-13-00549-CV

Trial court case number:    2009-55877

Trial court:    165th District Court of Harris County

    It is ordered that Appellants' Motion for En Banc Reconsideration is **denied**.

Judge's signature: /s/ Rebeca Huddle
                                   Acting for the En Banc Court*

Date: September 3, 2015

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.